■ In the Matter of EDWARD H. WOLF, Admitted as EDWARD HIRSCH WOLF, an Attorney. — Motion for clarification and limitation and cross motion to compel turnover of certain files. Adjunct counsel for petitioner is appointed in place and stead of attorney appointed by order entered Decem-

ber 22, 1980 to inventory files of respondent as indicated in the order of this court. Concur — Sullivan, J. P., Ross, Carro, Markewich and Lupiano, JJ.